**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
SANTOS GUTIERREZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                        )<br>            Plaintiff,                         )<br>                                                        )<br>       vs.                                          )<br>SANTOS GUTIERREZ,                 )<br>                                                        )<br>            Defendant                      )<br>                                                        ) | Case No.: Case No. 14-CR-00105LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA OBERTO AND BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, SANTOS GUTIERREZ, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Status Conference currently set for Monday, September 15, 2014 be continued to Monday, September 29, 2014.

I am requesting additional time in order to conduct further investigation. I have spoken to AUSA Brian Delaney, they have no objection to continuing the Status Conference.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

//

Summary of Pleading - 1

**IT IS SO STIPULATED.**

                                     Respectfully Submitted,

DATED: 9/11/14                            */s/ David A Torres*
                                         DAVID A. TORRES
                                         Attorney for Defendant
                                         SANTOS GUTIERREZ

DATED: 9/11/14                            */s/Brian Delaney*
                                         BRIAN DELANEY
                                         Assistant U.S. Attorney

## ORDER

Pursuant to the parties' stipulation, the Status Conference shall be continued to September 29, 2014.

IT IS SO ORDERED.

    Dated:  **September 11, 2014**                  **/s/ Sheila K. Oberto**
                                                           UNITED STATES MAGISTRATE JUDGE