**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
SANTOS ACEVEDO GUTIERREZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SANTOS ACEVEDO GUTIERREZ,<br><br>    Defendant | Case No.: Case No.14-cr-00105 LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, SANTOS ACEVEDO GUTIERREZ, by and through his attorney of record, DAVID A. TORRES hereby request that the Status Conference currently set for Monday, December 1, 2014, be continued to Monday, January 20, 2015.

I am negotiating a disposition in this that matter with AUSA Brian Delany and believe that a change of plea will be entered by the next hearing date.  AUSA Brian Delaney has no objection to continuing the Status Conference.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

Summary of Pleading - 1

**IT IS SO STIPULATED.**

                                             Respectfully Submitted,

DATED: 11/25/2014                         */s/ David A Torres*
                                                 DAVID A. TORRES
                                                 Attorney for Defendant
                                                 SANTOS ACEVEDO GUTIEREZ

DATED: 11/25/2014                         */s/Brian Delenay*
                                                 BRIAN DELANEY
                                                 Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.

    Dated:   **November 25, 2014**                    **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE