**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
SANTOS GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>SANTOS GUTIERREZ,<br><br>  Defendant | ) Case No.: 14-cr-00105 LJO-SKO<br>)<br>) **STIPULATION AND ORDER TO**<br>) **VACATE STATUS HEARING AND SET**<br>) **CHANGE OF PLEA HEARING**<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND BRIAN DELANY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, SANTOS GUTIERREZ, by and through his attorney of record, DAVID A. TORRES hereby requesting that the status hearing currently set for Tuesday, January 20, 2015 be vacated and a Change of Plea Hearing be set on Monday, February 23, 2015.

I have been informed by Mr. Gutierrez and his family this his four month old daughter passed away suddenly Saturday night.  Mr. Santos has not been in the right state of mind to sign a plea agreement.  Mr. Santos intendeds on signing the plea agreement, however, I my client

Stipulation and Proposed Order to Continue Sentencing

1

needs time for his loss.  I have spoken to AUSA BRIAN DELANEY, and he has no objection to vacating the status conference and setting the matter for a Change of Plea hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:1/15/15                                      */s/ David A Torres*            
                                                   DAVID A. TORRES
                                                   Attorney for Defendant
                                                   SANTOS GUTIEREZ


DATED:1/15/15                                      */s/Brian Delaney*            
                                                   BRIAN DELANEY
                                                   Assistant U.S. Attorney


# ORDER

**The** Status Hearing be vacated and a Change of Plea Hearing shall be set on February 23, 2015.

IT IS SO ORDERED.

Dated:   **January 15, 2015**              **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE