LAW OFFICE OF TORRES | TORRES STALLINGS
A PROFESSIONAL LAW CORPORATION
DAVID A. TORRES, SBN 135059
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: dtorres@lawtorres.com

Attorney for:
SANTOS ACEVEDO GUTIERREZ

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br><br>SANTOS ACEVEDO GUTIERREZ,<br><br>Defendants. | No. 1:14-CR-00105-NONE<br><br><br><br>STIPULATION AND PROPOSED ORDER FOR BRIEFING SCHEDULE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD, UNITED STATES DISTRICT COURT JUDGE; AND ALSTYN BENNETT, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, SANTOS ACEVEDO GUTIERREZ, by and through his attorney of record, DAVID A. TORRES, hereby submitting the following proposed order for an extension of the due date for the compassionate release motion. On or about March 2, 2021, Mr. Santos filed a compassionate release motion in Pro Per. Mr. Santos failed to notify the Warden of the request. As such, the notice to the warden was sent by our firm as the Government refused to waive notice. I was recently assigned this matter and based on the foregoing I am requesting a new briefing schedule.

//

//

//

1

**IT IS SO STIPULATED.**

DATED: May 27, 2021                                        */s/ David A. Torres*
                                                          DAVID A. TORRES
                                                          Attorney for Defendant
                                                          SANTOS GUTIERREZ


DATED: May 27, 2021                                        */s/ Alstyn Bennett*
                                                          ALSTYN BENNETT
                                                          Assistant U.S. Attorney


# ORDER


    IT IS SO ORDERED that the BRIEFING SCHEDULE is as follows:


    Defendant's/Petitioner's Opening Brief: **Due June 4, 2021**

    Government/Respondent's Opposition Brief **Due June 25, 2021**

    Defendant's/Petitioner's Rely (if any) **Due July 2, 2021**


IT IS SO ORDERED.

    Dated:  **May 28, 2021**                _____
                                          UNITED STATES DISTRICT JUDGE